# Affidavit of Process Server

DISTRICT COURT, ADAMS COUNTY, STATE OF COLORADO

DATE FILED: June 12, 2019 11:39 AM
FILING ID: B035F1E5C6E0A
CASE NUMBER: 2019CV30808

| JONATHAN CARTER | VS | SONIC CORPORATION, ET AL. | 2019CV30808 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 6/11/19

**Service:** I served SONIC CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) DISTRICT COURT CIVIL SUMMONS; COMPLAINT AND JURY DEMAND

by leaving with LYNANNE GARES     MANAGING AGENT     At
NAME     RELATIONSHIP

☐ Residence
ADDRESS     CITY / STATE

☒ Business C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS     CITY / STATE

On 6/11/19 AT 4:15 PM
DATE     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                    DATE  TIME     DATE  TIME
(3) _____ (4) _____ (5) _____
DATE  TIME     DATE  TIME     DATE  TIME

Age 45  Sex FEMALE  Race WHITE  Height 5'5  Weight 180  HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11TH day of JUNE ,2019.

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

| District Court, Adams County, State of Colorado<br>Adams County Justice Center<br>1100 Judicial Center Drive, Brighton, CO 80601 | |
|---|---|
| JONATHAN CARTER,<br>    Plaintiff<br><br>v.<br><br>SONIC CORPORATION,<br>SONIC RESTAURANTS, INC., and<br>SONIC INDUSTRIES SERVICES, INC.,<br>    Defendants. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2019CV30808<br>Division        Courtroom |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE-NAMED DEFENDANT:** Sonic Corporation c/o United States Corporation Company, 251 Little Falls Drive, Wilmington, DE 19808 (302) 636-5400

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 6/11/19

Jennifer W. Bezoza, #40662
1670 York Street
Denver, Colorado 80206
Address of Attorney for Plaintiff
(303) 298-9878
Telephone Number of Attorney for Plaintiff

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

WARNING: A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. This plaintiff has 14 days from the date this summons was serviced on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.